**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VOICE TECH CORPORATION, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 6:20-CV-15-JDK |
| MYCROFT AI INC., | § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal against Mycroft AI Inc. Docket No. 4.  Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves . . . an answer." FED. R. CIV. P. 41(a)(1)(A)(i).  Defendant has not filed an answer nor otherwise responded to the Complaint.  Docket No. 4.  The Court, having considered the Notice and that Plaintiff has asked to "voluntarily dismissing its claims against Defendant without prejudice," hereby

**ORDERS** that all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.  *Id*.

So **ORDERED** and **SIGNED** this **12th**  day of  **February, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE