**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VOICE TECH CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-CV-15-JDK |
| MYCROFT AI INC., | § § | |
| Defendant. | § § § | |

**FINAL JUDGMENT**

The Court having considered the case and rendered its decision by opinion issued on the same date, it is hereby:

**ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** the above-captioned case.

So **ORDERED** and **SIGNED** this **12th**   day of  **February, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE